# ROBERT MARINELLI

ATTORNEY AT LAW
305 BROADWAY, 14TH FLOOR
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 202-9646

December 4, 2015

**BY ECF**
Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Walcott v. City of New York, et al.*, 15-CV-651 (NG)(RML)

Your Honor:

    I am the attorney for plaintiff in the above-referenced action. I write with the consent of the defendants to seek a 60-day extension of discovery and an adjournment of the final pre-trial conference that is currently scheduled for December 17, 2015 at 11:00 a.m. The parties also respectfully request that Your Honor schedule a settlement conference. This is plaintiff's first request for the relief sought.

    The parties have substantially completed paper discovery and are engaged in settlement discussions. The parties are hopeful that, with the assistance of Your Honor, a settlement will be reached. The parties are available for a settlement conference on January 7, 13, 14, 18, 19 and 20, or any such day that is convenient to The Court. We thank the Court for its consideration of these requests.

                                      Respectfully submitted,

                                      /ss/

                                      Robert Marinelli, Esq.